JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Kimberly Frazier<br><br>    Plaintiff,<br><br>v.<br><br>Omar Lopez et al<br><br>    Defendants. | Case No. CV 19-10520-AB (JPRx)<br><br>**ORDER OF DISMISSAL FOR LACK OF PROSECUTION WITHOUT PREJUDICE**<br><br>(PURSUANT TO LOCAL RULE 41) |

On March 17, 2020, the Court issued an Order to Show Cause why this case should not be dismissed for lack of prosecution. (Dkt. No. 10). Proofs of Service were filed on March 31, 2020. On April 1, 2020, the Court continued the Order to Show Cause response deadline to April 8, 2020 to allow time for Plaintiff to seek entry of default or dismiss the complaint. (Dkt. No. 13). No response having been filed to the Court's Order to Show Cause,

//

//

1.

**IT IS ORDERED AND ADJUDGED** that the above-entitled case is dismissed, without prejudice, for lack of prosecution and for failure to comply with the orders of the Court, pursuant to Local Rule 41.

Dated: April 10, 2020  _____
ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT COURT JUDGE